JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
(702) 240-5191; Fax (702)240-5797
twilcox@lvlawfirm.com

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

RIKI ROASH, individually,

               Plaintiff,

   vs.

AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, a foreign corporation; DOES I through X, inclusive and ROE CORPORATIONS, I through X, inclusive,

               Defendants,

Case No. 2:19-CV-00035-GMN-BNW

**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE IT'S RESPONSE TO DEFENDANT'S  MOTION FOR JUDGMENT ON THE PLEADINGS (ECF 20)**
**(First Request)**

      Plaintiff and Defendant have stipulated and agreed to a fourteen (14) day extension of time from September 2, 2019 to September 16, 2019 for Plaintiff to file it's Opposition to Defendant's Motion for  Judgment on the Pleadings (ECF 20) filed on August 19, 2019.  The reasons supporting this stipulation are as follows:  Plaintiff's counsel has been recently traveling out of the state on deposition and requires additional time to respond.  The Plaintiff wishes to provide the Court a complete outline of facts and issues.

/ / /

/ / /

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

Dated this 3<u>rd</u> day of September, 2019.          Dated this 3rd day of September, 2019.

*/s/ Jerome R. Bowen, Esq.*                    */s/ Dylan P. Todd, Esq.*
JEROME R. BOWEN, ESQ.                  Dylan P. Todd, Esq.
Nevada Bar No. 4540                          Nevada Bar No. 10456
BOWEN LAW OFFICES                       FORAN GLENNON PALANDECH
9960 W. Cheyenne Avenue, Suite 250    PONZI & RUDLOFF PC
Las Vegas, Nevada 89129                 2200 Paseo Verde Parkway, Suite 280
Attorney for Plaintiff                         Henderson, Nevada 89052
                                              Attorney for Defendant

## ORDER

**IT IS SO ORDERED.**

**DATED** this __4__ day of September, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

Page 2 of  2