JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
(702) 240-5191; Fax (702)240-5797
twilcox@lvlawfirm.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIKI ROASH, individually, | Case No. 2:19-CV-00035-GMN-BNW |
| Plaintiff, | |
| vs. | |
| AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, a foreign corporation; DOES I through X, inclusive and ROE CORPORATIONS, I through X, inclusive, | |
| Defendants, | |

**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE IT'S RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF 36)**
**(First Request)**

Plaintiff and Defendant have stipulated and agreed to a fourteen (14) day extension of time from May 15, 2020 to May 29, 2020 for Plaintiff to file it's Opposition to Defendant's Motion for Judgment on the Pleadings (ECF 36) filed on May 1, 2020. The reasons supporting this stipulation are as follows: Given the unfortunate circumstances associated with COVID-19, Plaintiff's counsel has invoked limited and remote working conditions for its office. Counsel requires additional time to have meaningful discussions with client(s) and file review as to provide the Court a complete outline of facts and issues. These unforseen circumstances has placed a convergence on counsel's commitments also necessitating this request. This instant stipulation comes fewer than 21 days before the expiration of the initial expert disclosure deadline. Local rule 26-4 requires that the

stipulations coming fewer than 21 days before the expiration of a deadline demonstrate excusable neglect. The parties contend that good cause and excusable neglect exist to grant the extension due to the logistical difficulties that have arisen for Plaintiff's counsel is shifting its entire practice remotely due to COVID-19 considerations.

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

Dated this 15th day of May, 2020.

*/s/ Jerome R. Bowen, Esq.*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
BOWEN LAW OFFICES
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Attorney for Plaintiff

Dated this 15th day of May, 2020.

*/s/ Dylan P. Todd, Esq.*
Dylan P. Todd, Esq.
Nevada Bar No. 10456
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated this 18 day of May, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Page 2 of 2